IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01433-BNB

ANTHONY BUSSIE,

    Plaintiff,

v.

CONGRESS COMMITTEE ON ETHICS,
CONGRESS GENERAL COUNSEL,
CONGRESS HOUSE SPEAKER,
CONGRESS MINORITY LEADER,
SENATE MAJORITY LEADER,
SENATE MINORITY LEADER,
CONGRESS GOVERNMENT REFORM, and
CONGRESS MAJORITY,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Anthony Bussie, is in the custody of the Federal Bureau of Prisons at the Federal Detention Center in Philadelphia, Pennsylvania. He initiated this action by filing *pro se* a Prisoner Complaint. Mr. Bussie has been granted leave to proceed pursuant to 28 U.S.C. § 1915 with payment of an initial partial filing fee.

On July 8, 2013, Magistrate Judge Boyd N. Boland reviewed the Complaint and determined that it was deficient because it failed to comply with the pleading requirements of Rule 8 of the Civil Rules of Procedure. Accordingly, Mr. Bussie was directed to file an amended complaint within thirty (30) days. The July 8 Order warned Plaintiff that failure to submit an amended complaint by the court-ordered deadline would result in dismissal of this action without further notice.

Mr. Bussie has not filed an amended complaint as directed by the July 8, 2013 Order. Accordingly, this action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice for the failure of Plaintiff, Anthony Bussie, to comply with the Court's July 8, 2013 Order Directing Plaintiff to File Amended Complaint and for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Bussie may file a motion in the Tenth Circuit Court of Appeals.

DATED at Denver, Colorado, this  15th  day of   August  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court