IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01433-LTB

ANTHONY BUSSIE,

    Plaintiff,

v.

CONGRESS COMMITTEE ON ETHICS,
CONGRESS GENERAL COUNSEL,
CONGRESS HOUSE SPEAKER,
CONGRESS MINORITY LEADER,
SENATE MAJORITY LEADER,
SENATE MINORITY LEADER,
CONGRESS GOVERNMENT REFORM, and
CONGRESS MAJORITY,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 15, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 15 day of August, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Grimm
           Deputy Clerk